LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-02384 BRO (AJWx)** | Date | May 27, 2014 |
|---|---|---|---|
| Title | **ROBERT J. MENDONCA, ET AL. v. CALIBER HOME LOANS, ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CASE RE FAILURE TO OPPOSE

   Pending before the Court is Defendant J.P. Morgan Chase Bank N.A.'s motion to dismiss.  (Dkt. No. 11.)  When J.P. Morgan filed its motion, it set the hearing date for June 2, 2014.  (*See id.*)  Pursuant to the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiffs' opposition to J.P. Morgan's motion was due no later than May 12, 2014.  Yet as of today, Plaintiffs have filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

   Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE why J.P. Morgan's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Wednesday, May 28, 2014, at noon.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiffs' failure to file an opposition to J.P Morgan's motion.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |