1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Robert J. Mendonca et al

              Plaintiff,

v.

Caliber Home Loans, Inc. et al

              Defendants.

Case No.  CV 14-02384-AB (AJWx)

ORDER DISMISSING CIVIL ACTION

       THE COURT having been advised by counsel that the above-entitled action has been settled;

       IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 1, 2017       _____

                                     ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT JUDGE